# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:     1. Intake Clerk *

          2. Case Administrator

FROM:   *Financial Administrator*

DATE:   11-18-10

UC

CASE NAME:   Ozanich

CASE NUMBER:   05-27557

Check Number  M13061  in the amount of $ 4830.74  was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 01597       Intake Clerk's Initials  OK

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE **FORWARD TO** THE APPROPRIATE **CASE ADMINISTRATOR**.

#4b-F

**FILED**

NOV 18 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

11/16/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: EDWARD JAMES OZANICH

Case No: 05-27557D

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Peoples Bank
C/O Creditors Interchange
Pob 1335
Buffalo,NY 14240-1335

CHECK NUMBER 713061      AMOUNT $4830.74

    The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate Creditor.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                                                            /s/ Jackie Little
                                                                           Administrative Assistant
                                                                           for Ronda J. Winnecour, Esq.
                                                                           Chapter 13 Trustee

CC:DONALD R CALAIARO ESQ
EDWARD JAMES OZANICH

Peoples Bank